Jaime M. Keating, Chief Deputy Dist. Atty., M.L. Ebert, Jr., Dist. Atty., District Attorney's Office, for Com.

Ellen K. Barry, Asst. Public Defender, Taylor P. Andrews, Public Defender, Public Defender's Office, for Robert Wade Dick.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, —— Pa. ——, 733 A.2d 593 (1999), we affirm the Order of the Cumberland County Court of Common Pleas dated April 29, 1998. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Terry Lee HARGET, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 3, 1999.

Decided Sept. 9, 1999.

Christina M. Simpson, Asst. Dist. Atty., Michael A. George, Dist. Atty., District Attorney's Office, for Com.

Anthony E. Miley, Asst. Public Defender, Jeffery M. Cook, Public Defender, Public Defender's Office, for Terry Lee Harget.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, —— Pa. ——, 733 A.2d 593 (1999), we affirm the Order of the Adams County Court of Common Pleas dated February 9, 1998, insofar as it is consistent with our disposition in *Williams* and we reverse its order insofar as it is inconsistent with the same. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.